**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DENNA SAXON,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:23-cv-71 (MTT)** |
| | ) | |
| **DOLGENCORP, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This premises liability case—filed in the Middle District of Georgia Macon Division—stems from Plaintiff Denna Saxon's "trip and fall" at Defendant Dolgencorp LLC's retail store in Franklin County, Georgia.  Doc. 1 ¶¶ 8, 12, 16, 21-27.  Because Franklin County is in the Middle District of Georgia Athens Division and Saxon also resides there, Dolgencorp, with the consent of Saxon, moves to transfer.  Docs. 7; 10.  The Court agrees transfer is appropriate.  Accordingly, Dolgencorp's motion to transfer (Doc. 7) is **GRANTED**.  The Clerk of Court is **DIRECTED** to transfer this action to the Athens Division of the United States District Court for the Middle District of Georgia. M.D. Ga. L.R. 3.4.

**SO ORDERED**, this 30th day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT